**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RICHARD GILLIAM,**
**#209415**                                                                    **PLAINTIFF**

**V.**                        **CASE NO. 4:20-CV-1053-KGB-BD**

**MATTHEW HODGE,** *et al.*                                    **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.    Procedures for Filing Objections

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

### II.    Discussion

Plaintiff Richard Gilliam, an inmate at Lonoke County Detention Facility, filed this civil rights lawsuit without the help of a lawyer. (Doc. No. 2) Defndants filed the pending motion to dismiss (Doc. No. 17) after Mr. Gilliam agreed to dismiss this case, without prejudice, during his deposition. (Doc. No. 17-1)

**III.**    <u>**Conclusion**</u>

The Court recommends that Defendants' motion to dismiss (Doc. No. 17) be

GRANTED. The case should be DISMISSED, without prejudice, and should not count as

a "strike" for purposes of the Prison Litigation Reform Act.

DATED this 22nd day of April, 2021.

_____

UNITED STATES MAGISTRATE JUDGE