IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #209415**

v.　　　　　　　　　　　　Case No. 4:20-cv-1053-KGB

**MATTHEW HODGE,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

The Court has received a Recommended Disposition filed by Magistrate Judge Beth Deere (Dkt. No. 18). The parties have not filed objections, and the time for filing objections has passed. After careful review of the Recommended Disposition and the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Court grants defendants' motion to dismiss (Dkt. No. 17). The Court dismisses without prejudice plaintiff Richard Gilliam's claims; the relief requested is denied.

It is so ordered this the 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge