IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD GILLIAM**                                                                 **PLAINTIFF**
**ADC #209415**

v.                          Case No. 4:20-cv-1053-KGB-BD

**MATTHEW HODGE**, *et al*.                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Richard Gilliam's claims are hereby dismissed without prejudice.

It is so adjudged this the 28th day of February, 2022.

_____
Kristine G. Baker
United States District Judge